# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Dallas Division

Terrance Turner

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

"Indeed", Company of Austin, TX

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3-23CV1138-D
__:__-CV-_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

FILED
MAY 17 2023
CLERK, U.S. DISTRICT COURT
By _____MS_____
         Deputy

# COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Service Zero Legal Division |
| Street Address | 45520 East Severn Way, Suite - 410 |
| City and County | Sterling |
| State and Zip Code | VA, 20166 |
| Telephone Number | (703) 831-7596 |
| E-mail Address | Legal@ServiceZeroProfessionalServices.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | "Indeed", Company of Austin, TX |
| Job or Title *(if known)* | Company |
| Street Address | ~ |
| City and County | Austin |
| State and Zip Code | Texas |
| Telephone Number | ~ |
| E-mail Address *(if known)* | ~ |

Defendant No. 2

| | |
|---|---|
| Name | [ - N ∧ A - ] |
| Job or Title *(if known)* | [ - N ∧ A - ] |
| Street Address | [ - N ∧ A - ] |
| City and County | [ - N ∧ A - ] |
| State and Zip Code | [ - N ∧ A - ] |
| Telephone Number | [ - N ∧ A - ] |
| E-mail Address *(if known)* | [ - N ∧ A - ] |

Defendant No. 3

| | |
|---|---|
| Name | [ - N ∧ A - ] |
| Job or Title *(if known)* | [ - N ∧ A - ] |
| Street Address | [ - N ∧ A - ] |
| City and County | [ - N ∧ A - ] |
| State and Zip Code | [ - N ∧ A - ] |
| Telephone Number | [ - N ∧ A - ] |
| E-mail Address *(if known)* | [ - N ∧ A - ] |

Defendant No. 4

| | |
|---|---|
| Name | USSOCOM, FBI, CIA, NSA, Geo Spatial, GCHQ |
| Job or Title *(if known)* | Secret Service |
| Street Address | USPS |
| City and County | FedEx |
| State and Zip Code | Pfizer |
| Telephone Number | Merck |
| E-mail Address *(if known)* | USCENTCOM |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Juridiction Common Law, Breach of Contract, U.S. Business Law, U.S. Contract Law, Uniform Commercial Code, Fraud Statutes, Criminal Code, UCMJ, ~ Antitrust Laws, Unfair Market Competition Sec. 802 & Sec 808 H.R. 3162, H.R. 6166, 18 U.S.C. § 241, 1592
18 U.S.C. § 371, 18 U.S. Code § 1001, 1040, 1039, 1038, 1032, 1031
Negligence

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* "Terrance Turner", is a citizen of the State of *(name)* Virginia.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* Service Zero Legal Division, is incorporated under the laws of the State of *(name)* Virginia, and has its principal place of business in the State of *(name)* Virginia.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* [ - N ∧ A - ], is a citizen of the State of *(name)* [ - N ∧ A - ]. Or is a citizen of *(foreign nation)* [ - N ∧ A - ].

    b.    If the defendant is a corporation

The defendant, *(name)* [ - N ∧ A - ], is incorporated under the laws of the State of *(name)* [ - N ∧ A - ], and has its principal place of business in the State of *(name)* United States.

Or is incorporated under the laws of *(foreign nation)* The Constitution, Federal Govern., and has its principal place of business in *(name)* North America.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$20,000,000 USD

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Indeed, fosters and matures, a criminal duress, involuntary unde influence, psychological examination culture, where "the subject literally never knows their "score" nor what they got incorrect or correct on these skills evaluation tests". Many companies, within this country, from insurance to recruiting, like "WizeHire", have moved to a hidden evaluation model and scheme, like "New York Life", "Ideal Concepts" (Insurance Companies), including "tech companies", where "you are psychologically tested upon, with some accurate results, if you know how to game the system and game the test". However, these tests are all entrapment questions, in weird convoluted ways. These tests are not formed of a psychological mind and thus are...

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

...practicing death science medicine without a practice, practicing medicine without a license, performing criminal harm structures upon a life, violation of the geneva conventions. You are put in psychological stress and consistent, perpetual harm, and "you cannot say no". You cannot refuse these tests and these tests ARE NOT evaluated in good faith. They are evaluated in convoluted bizarro "the opposite". Score high, and you don't get selected, which is the fate of the plaintiff in this bizarro -- idiocracy world. The plaintiff WILL NOT receive "his scores" from Indeed technical support who has to have a support ticket created and issuated for the demand of what the scores are, and the report in FULL, (charges include fraud, misrepresentation, false advertisement...

...false claims act violations). There are government, agency positions within this site, Patent Office, Trademark Office, FINRA, Immigration Office. No one can see their scores, while it is being advertised to "you" as a full report. There is no fullness of the report. There is a score allegation range. There are two of them. The employer sees more than the report. They see head tilt calculations, breathing sounds, eye dialation, eye movement, mouse movement, probability of answer to guess in contrast to probability of answer performed, etc, etc, sounds in the room, white noise in the room, phone ringing, phone on or not, the plaintiff can technically scientifically explain all of this monitoring.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/06/2023

Signature of Plaintiff: /s/ Terrance Turner

Printed Name of Plaintiff: Terrance Turner

### B. For Attorneys

Date of signing: 05/06/2023

Signature of Attorney: /s/ Terrance Turner

Printed Name of Attorney: Terrance Turner

Bar Number: INTERPOL, SEC BAR 431170989

Name of Law Firm: Service Zero Professional Services

Street Address: ~

State and Zip Code: Reston, VA 20190

Telephone Number: (703) 831-7596

E-mail Address: Legal@ServiceZeroProfessionalServices.com



JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Service Zero Legal Division, "Terrance Turner"

**(b)** County of Residence of First Listed Plaintiff: Houston
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
"Indeed", Company of Austin, TX
"some Japan company owns this company"

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

RECEIVED MAY 17 2023 MS
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [x] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [x] 3 | Foreign Nation | [x] 6 | [x] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [x] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
UCC, US Jurisdiction Common Law, Breach of Conract, US Business Law, US Contract Law, Fraud Statutes, Criminal Code, UCMJ, ~

Brief description of cause:
Criminal conduct, resulting in breach of contract all over the place, market damage and reputation harml performing anticipatory breach

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 20000000
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 05/06/2023
SIGNATURE OF ATTORNEY OF RECORD: *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP YES/on-behalf-US  JUDGE _____  MAG. JUDGE _____

