IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRANCE TURNER, et al., § | | |
|     Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. 3:23-CV-1138-S-BH | |
| § | | |
| INDEED, § | | |
| et al., § | | |
|     Defendants. § | Referred to U.S. Magistrate Judge[1] | |

**ORDER**

Before the Court are the complaint and an application to proceed *in forma pauperis* filed by Terrance Turner and an entity he purports to represent in this case on May 17, 2023.  (*See* docs. 2, 3.)  The *pro se* plaintiff has filed over 60 lawsuits in federal courts across the country in the last two years, and he has filed over a dozen lawsuits in this Court in the month of May 2023 alone.  Based on his filing history and pattern of filing frivolous and delusional lawsuits, a sanctions order was issued in Cause No. 3:23-CV-989-G-BK that barred the plaintiff from filing future actions *in forma pauperis* in this or any other federal court without first obtaining leave of court to do so.  *Turner v. Trugreen Ltd. P'ship*, 3:23-CV-989-G-BK (N.D. Tex. May 11, 2023).  Notwithstanding the sanctions order, the plaintiff has continued to file cases in this district, including this one, without complying with it.

Courts observe and enforce their own sanctions orders.  *Sabedra v. Meadows*, No. 3:05-CV-1304-L, 2006 WL 1499985, at *1 (N.D. Tex. May 5, 2006) (recommendation of Mag. J.), *accepted by* 2006 WL 1571669 (N.D. Tex. May 31, 2006).  The plaintiff is still subject to, but has not shown that he has complied with, the sanctions order in Cause No. 3:23-CV-989-G-BK.

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.

Accordingly,

The Clerk's Office shall file a copy of the sanctions order in Cause No. 3:23-CV-989-G-BK in this case and **ADMINISTRATIVELY CLOSE** it for failure to comply with its terms. The motion for leave to proceed with yet another frivolous lawsuit *in forma pauperis* is **DEEMED MOOT.**

Based on the prior sanctions order, the plaintiff may not re-file his complaint in this case without paying the entire filing fee and obtaining judicial permission. **<u>Any future motions filed in this case shall be docketed for administrative purposes only and terminated</u>**. No action will be taken on those filings while this action remains closed based on the sanctions order.

The Clerk's Office is **DIRECTED** to forward copies of this order and the prior sanctions order to the plaintiff.

**SIGNED this 19th day of May, 2023.**

_____
**IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE**